[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 22, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-11968

_____

D. C. Docket No. 00-01495-CV-WBH-1

T.C. WOODWORTH,
KATHLEEN A. WOODWORTH,
LTW PARTNERSHIP, LP,

                                                        Plaintiffs-Appellees,

versus

WILLIAM PARKER HATHCOCK, JR., et al.,

                                                        Cross-Defendants-Appellants,

HARMUT (HARDY) THEODORE ROSE,
JAMES PAT REEDY,
GEO SECURITIES, INC.,
GEO-CHEVRON ORTIZ RANCH #2,
a joint venture,
THE GEO COMPANIES OF NORTH AMERICA, INC.,
GEO-CHEVRON ORTIZ RANCH #4,
a joint venture,

                                                        Defendants-Appellants,

JUDITH WISEMAN,

                                                        Defendant,

GEO NATURAL RESOURCES, INC.,

Defendant-Cross-Claimant-
Appellant,

GEO CHEVRON ORTIZ RANCH #3,

Interested-Party-Appellant.

-------------------------------------------------------------------------------------------------

_____

No. 06-11988

_____

D. C. Docket No. 02-00369-CV-WBH-1

KENNETH LEIPMAN,
KATHLEEN LEIPMAN,
KIM C. HODGES,
R. STAN HODGES, JR.,

Plaintiffs-Appellees,

versus

WILLIAM PARKER HATHCOCK, JR., et al.,

Cross-Defendants-Appellants,

JUDITH L. WISEMAN,

Defendant-Cross-Claimant,

2

JAMES PAT REEDY,
GEO SECURITIES, INC.,
GEO-CHEVRON ORTIZ RANCH #3,
a joint venture,
GEO-CHEVRON ORTIZ RANCH #4,
a joint venture,
THE GEO COMPANIES OF NORTH AMERICA, INC.,
HARMUT (HARDY) THEODORE ROSE,

                                        Defendants-Cross-Clamaints-Appellants,

GEO NATURAL RESOURCES, INC.,

                                        Cross-Claimant-Appellant.

_____

Appeals from the United States District Court
for the Northern District of Georgia

_____

**(January 22, 2007)**

Before BIRCH and PRYOR, Circuit Judges, and COVINGTON, [*] District Judge.

PER CURIAM:

Having carefully considered the record and briefs of the parties and after having entertained oral argument by counsel for the parties, we find no reversible error. Accordingly, the judgment of the district court is AFFIRMED.

_____

[*]Honorable Virginia M. Hernandez Covington, United States District Judge for the Middle District of Florida, sitting by designation.

3